1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262

4  Attorney for Defendant: **VARTEN KARAMANOUKIAN**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-02-156 DFL |
| ) | |
| Plaintiff, ) | **REQUEST FOR SUBSTITUTION OF COUNSEL AND PROPOSED ORDER** |
| v. ) | |
| **VARTEN KARAMANOUKIAN**, ) | |
| Defendant, ) | |

The undersigned defendant hereby substitutes Joseph Wiseman in place and instead of Steven D. Bauer as his attorney in the above captioned case.

| | |
|---|---|
| I agree to the above substitution. | I agree to the substitution. |
| Dated: August 4, 2005 | Dated: August    , 2005 |
| / s / Varten Karamanoukian | / s / Steven D. Bauer |
| Varten Karamanoukian | Steven D. Bauer |
| Defendant | Attorney at Law |

////
////
////
////
////
////
////

1  I accept the representation of the defendant.
Dated:  August 4, 2005

2  / s / Joseph Wiseman

3

4  Joseph Wiseman
Attorney at Law

5  (Note: Client's signature included per telephonic permission.  Original signature will remain in new counsel's file)

6

7  For Good Cause Appearing,

8  **IT IS SO ORDERED**

9  Dated:  August 16, 2005

10

11

12              /s/Lawrence K. Karlton
              Lawrence K. Karlton for
              DAVID F. LEVI
13            Chief Judge