**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**VARTAN KARAMANOUKIAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 02-156 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **MODIFYING CONDITIONS OF** |
| vs. ) | **PRETRIAL RELEASE** |
| ) | |
| VARTAN KARAMANOUKIAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Daniel Linhardt, Assistant United States Attorney, and defendant, VARTAN KARAMANOUKIAN, through his counsel of record, Joseph J. Wiseman, and with the approval of the office of Pretrial Services, that the defendant's conditions for pretrial be modified as follows: the bond securing defendant's release with the real property located at 13052 Lorne Street, North Hollywood, CA 91605 shall be exonerated and substituted with an unsecured appearance bond in the amount of twenty-five thousand dollars ($25,000) executed by Varsenik Pogosyan.

All other conditions of release shall remain enforce.

Dated: September 2, 2005                    Respectfully submitted,

                                                JOSEPH J. WISEMAN, P.C.


                                                By:   /s/Joseph J. Wiseman
                                                     JOSEPH J. WISEMAN
                                                     Attorney for Defendant
                                                   VARTAN KARAMANOUKIAN


Dated: September 2, 2005                    By:   /s/Daniel Linhardt
                                                     DANIEL LINHARDT
                                                   Attorney for Plaintiff
                                                   UNITED STATES OF AMERICA

## **ORDER**

Pursuant to the Stipulation of the parties and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions of pretrial release shall be modified as follows: the bond securing defendant's release with the real property located at 13052 Lorne Street, North Hollywood, CA 91605 is exonerated and shall be substituted with an unsecured appearance bond in the amount of twenty-five thousand dollars ($25,000) executed by Varsenik Pogosyan. All other conditions of release shall remain in force.

Dated: September , 2005

                                                 /s/ David F. Levi
                                                 DAVID F. LEVI
                                                 CHIEF, UNITED STATES DISTRICT JUDGE