JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:   530.759.0700                    OK/HAV
  Facsimile:   530.759.0800

Attorney for Defendant
VARTAN KARAMANOUKIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S 02-156 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS** |
| vs. | ) | |
| | ) | |
| VARTAN KARAMANOUKIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

AMERICA, through its counsel of record, Daniel Linhardt, Assistant United States Attorney, and

defendant, VARTAN KARAMANOUKIAN, through his counsel of record, Joseph J. Wiseman,

that the status conference scheduled for September 15, 2005 at 10:00 a.m., be rescheduled to

October 20, 2005 at 10:00 a.m. The parties are requesting this continuance to provide

defendants' counsel, who was recently appointed, additional time to review the discovery that

was provided by the government within the last week.

The parties further stipulate and agree that time from the date of this Order through the date of the status conference set for October 20, 2005 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 14, 2005                          Respectfully submitted,

                                        By:   /s/  Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
                                              Attorney for Defendant
                                              CHARLES SIGERSETH


Dated: September 14, 2005        By:   /s/Daniel Linhardt
                                              DANIEL LINHARDT
                                              Attorney for Plaintiff
                                              UNITED STATES OF AMERICA


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case is continued to October 20, 2005 at 10:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to October 20, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 15, 2005

                                        _____/s/ David F. Levi_____
                                        DAVID F. LEVI
                                        CHIEF, UNITED STATES DISTRICT JUDGE