**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**VARTAN KARAMANOUKIAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 02-156 JAM |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR THE RETURN OF UNITED STATES PASSPORT |
| vs. | |
| VARTAN KARAMANOUKIAN, | |
| Defendant. | |

    The defendant having served the conditions of confinement and supervised release pursuant to the Judgment and Sentence entered in the above-captioned case, and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant VARTAN KARAMANOUKIAN'S United States passport be returned to him forthwith.

DATED: 09/23/2009

                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com